UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,           Case No. 22-mj-30458
                    Plaintiff,

v.

                                    Curtis Ivy, Jr.
HAMED AWAD,                          United States Magistrate Judge
                    Defendant.
_____/

**ORDER DENYING DEFENDANT'S PRO SE MOTION TO SET ASIDE
FORFEITURE (ECF No. 21)**

This matter is before this Court upon Defendant Hamed Awad's pro se

Motion. (ECF No. 21). Because Defendant filed the Motion in a hybrid manner, it

will be **DENIED**.

On July 23, 2024, Defendant filed a pro se Motion to Set Aside Forfeiture.

(ECF No. 21). Defendant filed his Motion while represented by an attorney, David

Koelzer. By simultaneously proceeding pro se and through counsel, Defendant is

proceeding in a "hybrid" fashion. *E.g.*, *United States v. Dehar*, 2008 WL 4937855

(E.D. Mich. Nov. 14, 2008); *see McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984).

Although the Sixth Amendment guarantees defendants the right to conduct their

own defense and even represent themselves, *see Faretta v. California*, 422 U.S.

806, 819-20 (1975), the right of self-representation does not include the right to

proceed in a hybrid manner, *McKaskle*, 465 U.S. at 183; *see United States v.*

*Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987).  Because Defendant has filed a hybrid

motion, the Motion will be denied.  *United States v. Trout*, 596 F. Supp. 3d 965,

967 (E.D. Mich. Jan. 3, 2022).

Defendant should seek relief from this Court through his Court-appointed

attorney.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are

required to file any objections within 14 days of service as provided for in Federal

Rule of Civil Procedure 72(a) and Local Rule 72.1(d).


Date: July 29, 2024                    s/Curtis Ivy, Jr.
                                       Curtis Ivy, Jr.
                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of
record and any unrepresented parties via the Court's ECF System or by First Class
U.S. mail on July 29, 2024.


                                       s/Sara Krause
                                       Case Manager
                                       (810) 341-7850